# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ESCOTERICA BAKER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-1060** |
| **TULANE UNIVERSITY** | **SECTION: ""KWR"** |

## ORDER

On July 19, 2024, the Defendant filed a **Motion to Dismiss for Failure to State a Claim (R. Doc. 10)**. On January 28, 2025 the undersigned was notified that this motion is now moot. *See* attached correspondence.

Accordingly,

**IT IS ORDERED** that the Defendant's **Motion to Dismiss for Failure to State a Claim (R. Doc. 10) is DENIED AS MOOT**.

New Orleans, Louisiana, this 29th day of January 2025.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| **From:** | Rebecca Sha (1258) |
| **To:** | eFile-Roby; ben@thecouncillawfirm.com |
| **Subject:** | RE: 24-1060 Baker v. Tulane |
| **Date:** | Tuesday, January 28, 2025 12:57:57 PM |

**CAUTION - EXTERNAL:**

Good afternoon,

Tulane agrees that its original motion to dismiss (R. Doc. 10) is mooted by virtue of the second Motion to Dismiss Tulane filed on September 10, 2024 (R. Doc. 24) which is directed towards the Amended Complaint (R. Doc. 21).

Thank you.

_____

**Rebecca Sha**
Phelps Dunbar LLP
Direct: 504-584-9258
Email: rebecca.sha@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** eFile-Roby <eFile-Roby@laed.uscourts.gov>
**Sent:** Tuesday, January 28, 2025 12:27 PM
**To:** Rebecca Sha (1258) <Rebecca.Sha@phelps.com>; ben@thecouncillawfirm.com
**Subject:** 24-1060 Baker v. Tulane

Dear Ms. Sha

Please advise if the Motion for Partial Dismissal ( R. doc.10) is moot in light of the filing of the amended complaint.

Thank you

Division 4.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.