MINUTE ENTRY
ROBY, M.J.
March 19, 2025

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ESCOTERICA BAKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1060** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: KWR** |

LAW CLERK:        Hannah Keller

COURT REPORT:     Sammantha Morgan

Appearances:      **Olugbenga Abiona** for Plaintiff.
                  **Rebecca Sha** for Defendant.

### MINUTE ENTRY AND ORDER

On March 19, 2025, the Court received a request for a status conference from Plaintiff's counsel to address a discovery dispute regarding depositions and a locker room inspection. The Court addressed the discovery dispute through a phone conference on March 19, 2025, which was recorded.

At the status conference, Plaintiff's counsel requested that the Court overrule Defendant's objections to Plaintiff's request to depose: (1) Taylor Cooper and Dedric Bellizan, the victims of the alleged graffiti incident; and (2) Stacy Swankhart, Defendant's Employee Relations Manager. Plaintiff's counsel also requested that the Court overrule Defendant's objection to Plaintiff's request to conduct a locker room inspection where the offensive graffiti was found on June 26-27, 2023.

**MJSTAR: 00:18**

Defense counsel has objected to these depositions and request for a locker room inspection on the basis that the evidence sought was irrelevant and not proportional to the needs of the case.

Regarding Mr. Cooper and Mr. Bellizan, Plaintiff's counsel asserted that their deposition testimony is relevant to Plaintiff's claim that Defendant's investigation of the graffiti incident was a pretext for retaliatory termination.

In response, defense counsel asserted that Mr. Cooper and Mr. Bellizan's testimony is no longer relevant because the Court dismissed Plaintiff's race and gender discrimination claims. See R. Doc. 34. Defense counsel alleged that testimony regarding the details of Defendant's investigation was not relevant to Plaintiff's retaliation claim, because federal law does not require an employer's reason for termination to be correct. Defense counsel also asserted that their testimony was not proportional to the needs of the case, because Defendant has already consented to Plaintiff's request to depose its investigating officer, human resources manager, and supervisor.

After considering the arguments of counsel, the Court overruled Defendant's objections and ordered Defendant to permit the depositions of Mr. Cooper and Mr. Bellizan.

Regarding Ms. Schwankhart, Plaintiff's counsel asserted that her deposition testimony was relevant and proportional to the needs of this case because Plaintiff filed a complaint against her for racially motivated harassment in 2017. The Court instructed counsel that Plaintiff's 2017 complaint against Ms. Schwankhart was too temporally removed to have any bearing on her termination in 2023. The Court therefore found that the requested deposition was not proportional to the needs of the case and denied Plaintiff's request to overrule Defendant's objections to Ms. Schwankhart's deposition.

Finally, the Court instructed counsel that the configuration of Defendant's locker room has no bearing on Plaintiff's retaliation claim, since it is irrelevant to the Defendant's decision to

terminate Plaintiff. Therefore, the Court found that Plaintiff's request for an inspection of the locker room is irrelevant and is not proportional to the needs of the case. The Court therefore denied Plaintiff's request to overrule Defendant's objections to the locker room inspection.

Accordingly,

**IT IS ORDERED** that Plaintiff Escoterica Baker's request to overrule Defendant Tulane University's objections to the depositions of Taylor Cooper and Dedric Bellizan and permit the deposition of these individuals is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Escoterica Baker's request to overrule Defendant Tulane University's objections to the deposition of Stacy Swankhart and the locker room inspection and permit this requested discovery is **DENIED.**

New Orleans, Louisiana, this 20th day of March 2025.

**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**