MINUTE ENTRY
CURRAULT, M.J.
APRIL 29, 2025
**MJSTAR:  2:41**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ESOTERICA BAKER | * | CIVIL ACTION |
| VERSUS | * | NO. 24-1060 |
| TULANE UNIVERSITY | * | DIVISION:  4 |
| | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

 A settlement conference was conducted on this date before the undersigned magistrate judge.  After extensive settlement discussions with the parties and counsel, the court was advised that a settlement has been reached.  The material terms of confidential settlement were recited on the court record, and all parties and their counsel confirmed their agreement to same.  In light of the parties' confidentiality agreement regarding the settlement, the recording of the settlement terms will not be released, and no transcript of the settlement proceedings shall be made, except upon motion noticed to all parties and order of the court.

 By copy of this minute entry, Judge Roby is advised so that she may enter an appropriate conditional dismissal order.

*/s/ Donna Phillips Currault*
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:
HON. KAREN WELLS ROBY**