## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**ESOTERICA BAKER**                                      **CIVIL ACTION**

**VERSUS**                                              **NO:    24-1060**

**THE ADMINISTRATORS OF THE TULANE**              **SECTION: KWR**
**EDUCATIONAL FUND**

### ORDER OF DISMISSAL

This matter is before the undersigned Magistrate Judge upon consent of the parties pursuant to Title 28 U.S.C. § 636(c). The Court having been informed by Magistrate Judge Currault that a settlement agreement has been reach:

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

New Orleans, Louisiana, this 8th day of May 2025.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**